Form to be used by a prisoner filing a civil rights complaint under

## THE CIVIL RIGHTS ACT, 42 U.S.C. 1983

## UNITED STATES DISTRICT COURT

_19th_ **DISTRICT OF LOUISIANA**

_Jabarre Mitchell #497328_

**Full name of Plaintiff/Prisoner Number**

Civil Action No. ~~XXXXXXXXX~~

_Madison Correctional Center_
_Madison Parish Sheriff Office_
_Secretary of Louisiana Department of Corrections "James LaBlac_

**Full name of Defendant (s)**

_sued in their individual and official compassity_

**COMPLAINT**

## I. Previous Lawsuits

A. Have you begun any other lawsuits while incarcerated or detained in any facility?

Yes_____ No___✓____

B. If your answer to the preceding question is yes, provide the following information:

1. State the court (s) where each lawsuit was filed (in federal court, identify the district; if the state court, identify the county or parish):

_____

_____

2. Name the parties to the previous lawsuit (s):

Plaintiffs:_____

Defendants:_____

3. Docket number (s):_____

4. Date (s) on which each lawsuit was filed:_____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it Appealed and by whom (plaintiff or defendant)? Is the case still pending]?

_____

C. Have you filed any lawsuit or appeal in any federal district court or appeals court, which has been dismissed?

Yes_____ No___✓_____

If your answer to the preceding question is yes, state the courts (s) which dismissed the case, the civil action number (s) and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune for relief sought, etc.):

_____

_____

II.   A.   Name of the institution and address of the current place of confinement:

Madison Correctional Center 158 Treatment Plant Rd. Tallulah, LA 71282

   B.   Is there a prison grievance procedure in this institution?

   Yes_____     No_____

1. Did you file an administrative grievance based upon the same facts which form the

   basis of this lawsuit?

   Yes ___✓___     No_____

   If yes, what is the Administrative remedy Procedure number?   n/A

2. If you did not file an administrative grievance, explain why you have not done so.

   _____

   _____

3. If you filed an administrative grievance, answer the following question.

   What specific steps of the prison procedure did you take and what was the result? (For

   example, for state prisoners in the custody of the Department of Public Safety and

   Corrections: did you appeal any adverse decision through to step 3 of the

   Department of Corrections? For federal prisoners: did you appeal any adverse decision

   from the warden to the Regional Director for the Federal Bureau of Prisons, or did you

   make a claim under the Federal Tort Claims Act?)

   I filed an ARP on 6-22-2022 to the Louisian Dept. of Corrections and I haven't recieve any response back.

   Attach a copy of each prison response and/or decision rendered in the administrative

   proceeding.

III.   Parties to Current Lawsuit:

   A.   Name of Plaintiff_____

        Address_____

   B.   Defendant;_____ is employed as

        _____ at_____

        Defendant;_____ is employed as

        _____ at_____

        Defendant;_____ is employed as

        _____ at_____

        Additional defendants_____

        _____

IV.   Statement of Claim

      State the Facts of your case. Specifically describe the involvement and actions of each named defendant.

      Include names of all persons involved in the incident (s) of condition (s) giving rise to this lawsuit, and

      dates upon which and the places where the incident (s) and/or condition (s) occurred. **YOU ARE**

                                          2

REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO

SET FORTH LEGAL THEORIES OR ARGUMENTS.

I am filing this civil rights Act, 4 U.S.C. 1983 to inform your courts of the violence and claims I have filed against Madison Correctional Center. Along with this complaint I have attachedd copies of the complaints I have filed with the Department of Justice, the United State's Office and the ARP to the Louisiana Dept. of Corrections. There's 8 claims asserted total with attachments such as request forms, geographical transfer request, and grievance form to support my case. Unfortunately, I haven't recieved and response back and my safety is in danger while at the above prison.

                                                              See Attachment

V.     Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments.

Cite not cases or statutes.

To be transfered to another facility in the Southern Region of Louisiana where I am from and a safer Prison. For no Retaliation to come against me while in the continued custody of Madison Correctional Center. For an internal investigation to be conducted concerning the violence at Madison Correctional Center. For the incidents to be investgated and for me to be removed from this prison for my physical safety.

                                                              See Attachment

VI.     Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments

Hereto is true and correct.

B.  I understand that if I am transferred or released, I must apprise the Court of my new address, and my

failure to do so may result in this complaint being dismissed.

C.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits

and/or appeals that were dismissed on the grounds that the action and /or appeal was frivolous

malicious or failed to state a claim upon which relief may be granted, unless I am in imminent

danger of serious physical harm.

Signed this 15 day of September , 20 22 .

Jabarre Mitchell Doc #497328                    Jabarre Mitchell

Prisoner No. (Louisiana Department of Corrections                    Signature of Plaintiff

or Federal Bureau of Prisoners)

P.S.

There are two separate complaints, the first is 1-5, then 6-8, a total of 8 claims,

I, Jabarre Mitchell, DOC #497328 File this civil rights complaint form to inform your office of the violations of my civil rights that have been violated and to inform you that my life is in "Danger while in the custody of Madison Correctional Center. Below are the following complaints, incidents and violations of the civil right laws that I would like to bring to your attention.

## Claim # 1

To my best recollection, around Jan 7, 2022, I Jabarre Mitchell observe inmate Gregory Harriet get stabbed into his lower back with a knife from another inmate that ran up behind him. While this inmate was stab I noticed another inmate come from the blind side of the above inmate and throw extremely hot water from the microwave into the above inmate face on camera. The above inmate immediately ran towards the front of the dorm towards the key asking for help. I immediately ran behind Gregory and helped him to the front door and told him to please leave. Gregory then told me to watch myself while I'm in the dorm and they might get you to. I then noticed that several inmates had there faces covered with knives in there hands. I then exited the dorm behind Gregory who's face was peeling to the meat of his face from the extremely hot water thrown into his face. We both were then locked into the inner-lock of A-Dorm. It took them more than 30 minutes for Gregory Harriet to be taken into the hallway and then sent to the hospital. At this time I was left into the inner-lock and then I noticed Major Tommy Farmer look at me and then go into the key where the cameras

(1)

are located. Shortly after I was placed into the hallway and about 6 more inmates came running out of A-Dorm with all of there belongings trying to get away from the violence. While on the hallway I tried to explain myself to Major Farmer and several other ranking officers about what happen, inside of the dorm and was told, "You Nigga's From New Orleans Don't Run Shit Here and this Tallulah. I then stated that ya'll Know what's going on at this jail and all people do is get hurt. I then stated that I'm going to call my lawyer and I was told, "If You Had A Good Lawyer You Wouldn't Be In Jail". I then stated that ya'll don't do that to the inmates from around Tallulah area. One of the Capt. then stated to me; "You Ain't From Around Here, Shut Up Before I Lock You Up". I was then stripped search to see if I had anything on for no apparent reason and then moved to another building without an investigation even been taken place. No one in staff came to talk to me about the incident and not one inmate was taken out of A-Dorm concerning the incident that took place. I want to make your office aware that everything that happen was on camera because in A-Dorm there are more than 5 cameras recording at all times. And I believe that the staff here seen everything that happen that night around 7 o-clock. The staff here at Madison Correctional Center cannot keep us inmate's safe because they show us with there actions that they don't care about our safety or what can happen to us in the dorm. There needs to be an internal investigation of every person who has gotten stabbed here in the last 6 months because these incident's are not being handle appropriately, not being Investigated, being covered up and not reported to the Department of Corrections.

(2)

The violations of the civil rights laws that were violated in this claim is the nature of National Origin, prisoner rights and correctional officers misconduct in office. The main violation of discrimination is that inmates that are from the South Region of Louisiana are treated differently than inmates who are from the Northern Part of Louisiana and especially around the Tallulah area. Inmates like myself aren't able to attend the CTRP Programs that may be available, job opportunities, educational programs such as GED which will be in another claim, and most importantly, how inmates who are from the South Part of Louisiana such as myself are being hurt daily in stabbing that cannot be controlled by MCC and there is no investigation for them.

You can contact Gregory Harriet at (504) 315-9419 at any time because he has filed a lawsuit concerning this matter. He will be able to explain to you in great detail everything that happen to him in this incident.


## Claim # 2


I want to inform the Dept. of Justice that there is an extreme Knives and stabbing problem at Madison Correctional Center that is out of control and my life is in constant danger while I am here. Every other day there is an stabbing at this facility and it's been going on for years. I don't understand how these stabbings are not prevented or brought to the public attention because over the past 8 months there have been over 100 plus incidents where an inmate has gotten seriously hurt in a stabbing. Unfortunately, these

(3)

incident's are not being reported but only being covered up. There are so many Knives and there are world Knives which are purchace from real stores that doesn't have to be sharpen. I'm talking about weapons that will Kill a person if stab with. These weapons are in every dorm at this jail and the staff here cannot even find these Knives in there shake-down. It has been the normal way for inmates to get stab because every inmate lives with Knowing that there are Knives that can cause them to lose there lives. It's very tough to Know that you are living amongst these types of weapons Knowing that you can lose your life and that this jail cannot prevent someone from getting stab. I'm informing your office concerning this because in claim # 1, I continue to let you Know that there is a pattern of misconduct and inmates are getting hurt without an investigation or being put in a safer Environment after or before getting hurt.

Further, absolutely two days prior to the incident in claim # 1, there was an incident where 3 or more inmates were beaten, stabbed, and hurt badly inside of A-Dorm in building 4. These inmates who are people who caused no harm and minded there own business and had to run out of the dorm for fear of there lives. In the matter of a minute in the same incident, three correctional officer came into the dorm and one of the inmates pulled a world Knife on all of the officers telling them to get out of the dorm. At that moment the officers exited the dorm and went to get back up. During this time most of the inmates began to pack there belonging wanting out of the dorm because of fear from the violence or what was about to come when the staff came back in the dorm. Shortly

4

after that the staff here at Madison Correctional Center sent gas into the dorm on about 110 inmates including myself. This gas choked up the entire dorm for about 40 minutes and that's when the staff here ran into the dorm and caused an even more dangerous situation. I want to note that majority of the inmates in the dorm did nothing on there behalf to be sprayed the way the staff here sprayed us that night. Inmates had to run towards the wall to get away from areas that were considered dangerous because this was were the inmate who pulled out the knife was located. Unfortunately, when I and some of the inmates tried to run to an area of safety that was on the other side, we were stop by officers and sprayed for no reason. These inmates including myself have witness inmates get stab, get all of there property taken as soon as they come inside of the dorm, get beaten and hurt extremely bad and watched the staff here do nothing about it. When these things happen, the staff here doesn't even pull inmates out to see who did it or try to come get there belongings. Please note that all this is on camera and should have been investigated and reviewed according. Instead Madison Correctional Center continues to use the blind eye to cover up these types of incidents and this has become the way it is at this jail to wear everyone knows that you will be out of luck if it happens to them. There will be no investigation at all.

The problem at this facility has gotten out of hand and the staff here cannot stop the violence or just doesn't care. There is no physical visitation at this jail since I have been here so the question we all must ask ourselves, "Where are the knives coming

(5)

from and how are they getting into the jail? Another problem is that most of the inmates who are stabbed are from Downsouth Louisiana. They are treated unfairly and not even given the proper medical treatment. What makes matter worst is that inmates that are stabbed don't get transfered to another facility for safety but are only put or forced into another dorm at the same risk as before. I say this because everyday I am at this facility I am in constant danger while in the custody of Madison Correctional Center because they cannot keep anyone safe. I have seen more blood than on the streets in the last 5 years of my life here at Madison in the last couple of months than at home and the streets are safer that this place of corrections.

Additionally, just the other day on June 16, 2022 around 8:00 p.m in D-Dorm of building 4 at Madison Correctional Center, a male inmate was stab accross his far-head with a knife and had to be rushed to the hospital after going unconcious several times bleeding badly. A simular situation happen in building 4 on the same night. I just want you to know that I'm in Danger while I'm at this jail and I need your help with getting transfered Down-South Louisiana. I honestly believe this is happening because the administration here is either under-staff or incapable of handling situation as such in this claim. There has been so many violations of the Department of Corrections policy and there is a pattern where inmate are un-safe and getting hurt due to the unprofessional standard by Madison Correctional Center staff.

Claim 3

On September 11, 2021, I Jabarre Mitchell was housed in A-Dorm of building 4 at Madison Correctional Center when Dre Kron a white male died bunks from where my bed was assigned. On this date, I was getting ready to take a shower when I observed several inmates trying to bring the above inmate back to consciousness. These inmates worked on the above inmate for about 15 minutes as I watched from a distance because in situation like that, I must reframe because I didn't know what was the cause of his un-consiousness and I stay away from trouble and violence. So I told myself to just go and take a shower instead of watch them and hopefully when I get out of the shower the inmate was going to be revived. I then took a shower for about 30 minutes and when I came out I could see that the inmate was still un-responsive and now dark gray in the face. That's when I said to myself go to your rack and don't leave it because this inmate looks dead and I want to be on camera making sure I'm not no where around the situation. About 10 minutes after which was around 6-7 oclock in the evening, we was notified of count-time. Shortly after 3 correctional officers came inside the dorm saying rack up for count time. The above inmate was laid down in his bunk and these correctional officers counted without seeing anything wrong and then cleared the count then left the dorm. Right after they left several inmates tried again to revived the inmate Dre but this time the inmate was in a worser state than before. That's when they went to call for help from the staff here at Madison after seeing that the inmate could not shake back or be revive. They put the inmate in a wheel-chair that was in the dorm and rolled him out into the hallway and we never seen him again. I want to make this

(7)

Known to your office that an hour plus had pass before this inmate got any medical help from the staff here at Madison Correctional Center. Further, more than an hour passed without anyone in staff noticing that several inmates were circled around an inmate trying to revive him. This entire incident is on camera and someone should have been watching the dorm. Unfortunately that didn't happen and this inmate was dead before he left out of A-Dorm. The next morning we was informed that the inmate died from an overdose from drugs.

What I'm trying to inform the Department of Justice and the Department of Corrections is that there is an pattern of inmates getting harm and not getting medical attention or being in a safe environment that Madison Correctional Center should be able to provide but false to do. Unfortunately in this incident someone lost there life from this facility not being able to protect them or prevent a situation that may have been avoided.

Additionally, in the last 90 days and as recent as the last 6 weeks there has been over 7 overdoses, and at least 3 inmates have died in the last 6 week at Madison Correctional Center. One inmate is Dell Guillory who is from the New Orleans area withch is in the Sourthern Part of Louisiana and the other is a black male from Downsouth New Orleans named Paul Francis who I witness have an overdose twice in the same week in the same dorm. The problem here is that this jail cannot protect inmates and it is very un-safe.

8

Claim 4

I am serving out my sentence in the custody of the Louisiana Department of Corrections and housed in a parish jail called Madison Correctional Center. Unfortunately this jail does not provide Educational Opportunities and not equipped to address the criminogenic needs of an offender such as myself. I want to be able to get an GED or participate in the CTRP classes because they would improve the likelihood of a successfully re-entry for offenders serving time. Madison Correctional Center doesn't have access to crucial educational classes such as other facilities in Lousiana. I have wrote over 20 request forms trying to get into any program at this jail and I have recieved no response back. My family has also try numerous times calling constantly to talk to some in administration about me participating in a program. The staff here only gave my family the run around stating every-time that no one was here over and over. With this claim I have attached a copy of the inmate request form that still hasn't been answered to this date. I really need these educational and pro-graming opportunity because they will insure me with a discharge plan for success.

The civil rights violations in this claim is I'm not getting any educational opportunities to become a better person and lessen my chances of returning to prison. The violation of discrimination comes at hand when I see 90% of inmates who are from the surrounding area of Tallaulah, mostly the Northern Part of Louisiana are the only inmates getting the opportunity to earn good-time for participating

in these program and not those inmates from Downsouth Louisiana. It's tough because there is favoritism toward other inmates and inmates like myself are treated unfairly. I have given every effort possible to get transfered to another jail or get into any program but have had no success. I'm asking your office to help me get an geographical transfer to another facility in the Southern Region of Louisiana that has programs and is safer than Madison Correctional Center. I say all of the following statement because there is no one at this jail that is willing to help me. I am only a inmate with help only from my family who is on the outside and doesn't understand all the rights that I'm suppose to have that aren't being afforded to me. Please help me get an opportunity to participate in programs at a different facility as soon as possible.

## Claim 5

Throughout all five of the claims I have submitted, I would now like to inform the Department of Justice and the Louisiana Department of Corrections additional information concerning my safety and this complaint. The correctional officers who work at Madison Correctional Center do not wear name tags or any identification stating what there name is. Meaning if there is a problem or incident with an officer you can't even write them up because they wouldn't give you there name. I'm making you aware of this because this facility and it's officers have no respect for inmates and continue to handle those from Downsouth inappropriately.

Further, Warden Stinson is never seen at the jail and not even for a walk-through. There is no morning inspection by the staff to where you can talk with someone in personnel about your personal problems that needs to be address. The only time you can try to talk to anyone is during lunch-time in which a Lt. may come in the dorm. All inmates here at Madison Center are in the dorm 24 hours everyday, meaning we get feed inside of the dorm, recieve medicine in the dorm and every other event inside of the dorm. When there is a yard call we don't get more then 40 minutes and even inmates that are disciplinary lockdown in Max jail get more than a hour. Unfortunately us inmates do not get that privledge. There are no church programs here and you can't get a small bible because this jail supplies no regligious liberties or activities. Most importantly, there is no access to the courts because it maybe once every 4 months that an inmate is allowed to go to the law-library in which the inmate-lawyer who comes around is housed in building 4 but never comes to building 3. This is very harmful because I'm an inmate that needs address to certain courts so I have correct information and meet time-lines that must be meet. Unfortunately, this right is being violated by Madison Correctional Center. Inmates can't even file a motion that's needed to the courts!

Furthermore, there are to many camera's at this jail for the violence to be occurring so often and this jail is only housing inmates and not protecting them. Everyday I wake up in fear knowing that in any second, I can be in a dangerous situation and something bad can happen to me. There are so many violation of my rights that have been

(11)

violated that I am bringing to the light. Also this jail is covering so much up and there is a pattern of discrimination against inmates from Downsouth Louisiana. Moreover the policy of the Department of Corrections is being violated when this jail covers up violence, Knives, contraband, and incidents to Keep this jail from getting in trouble.

I am asking your office to conduct an internal investigation on Madison Correctional Center corncerning the violence, how many inmates have got stabbed, over-dose deaths, and the many violations of inmates rights in the last 6 months and years. All of the matters asserted should be on camera and should be both the inmates truth and the facilities. I also ask that inmates who are in building 4 at Madison Correctional Center be interviewed by your staff concerning any inmate that has got hurt while here and what happen in there Incident. I say this because the above building has had move violence than the city of Tallulah itself. I am not only trying to help myself but also the inmates who are housed at this jail and to stop the violence. The violation of civil rights described in this complaint is part of a pattern of violence that has been undermine for years and I need your help in putting a stop to it because inmates are losing there lives and getting hurt daily. Please let me Know if I have to file a lawsuit concerning this matter because I can afford a attorney. I am sending a copy of this complaint to your office, the Department of Corrections and the sheriff Office that runs this jail. As I stated in the beginning of this complaint "My Life is in "Danger" while I'm in the continued custody of Madison Correctional Center and this jail is very unsafe and full

(12)

of violence. I have filed out 4 Request for Geographical Transfer and have recieved no response back from this administration. I requested this on the basis of being 5 hours away and do to the constant violence at this jail. I have been in general population without any significant discip- linary activity. I have exhaused every remedy that I can possible and I need your help with getting transfered to another jail besides the jails that I been to that have a contract with Madison Correctional Center. These jails are Riverbend Correctional Center, Franklin Parish Detention Center and Tensas. All of these jails are located in the Northern Region of Louisiana and I would like to be transfer to a jail in the Region that is located near my family. Please read all the facts and events in this complaint and understand where I am coming from with these complaints.

## Relief Desired

• To be Transfered To Another Facility in the Southern Region of Louisiana where I am from.
• For No Retaliation To Come Against Me While In The Continue Custody of Madison Correctional Center.
• For An Internal Investigation To Be Conducted Concerning the Violence At Madison Correctional Center
• To Not Be Transfered To A Northern Prison Outside of A Downsouth Louisiana Prison because I have Taken Action to Secure Rights Protected By The Laws.
• To Be Taken Seriously When I Say "My Life Is IN Danger"

While in the Continue Custody of Madison Correctional Center
• I am seeking for the Discrimination Against Inmates That Are Not From Tallulah which is where the jail is located to be stop and to be investigated so all inmates can have the same opportunities and chance to recieve good-time.

Contact Information:
• Renada Dearmas (504)338-7607 most convenient time to call is 9 am to 2 p.m (immediate contact)
• Ciearre Mitchell (504)662-8299 can be reached in the morning and afternoon
≡ Your office will not be able to reach me directly because I am incarcerated so you may wish to contact the people above to provide the with information about my complaint.

My Information:
Jabarre Mitchell DOC#497328
Madison Correctional Center
158 Treatment Plant Road
Tallulah, LA 71282
bil phone #:(318)574-0584
)ob:12-10-1985

Complaint Against:
Madison Correctional Center
158 Treatment Plant Road
Tallulah, LA 71282
318-574-0584    Warden Chris Stinson

Madison Parish Sheriff Office
Sheriff Sammie L. Byrd
100 North Cedar St.
Tallulah, LA 71282
318-574-1831

(14)

I, Jabarre Mitchell, Doc#497328 filed a complaint on 6-22-2022 to inform your office of the violations of my civil rights that have been violated and to inform you that my life is in "Danger" while in the custody of Madison Correctional Center. There were several claims filed and these are additional complaints to add to the current complaint because the violence has gotten worser. Below are the following complaints.

<u>Claim 6</u>

On November 20, 2021, I Jabarre Mitchell was stabbed into the middle of my back with a knife from an inmate at Madison Correctional. On the above date I was standing facing my bunk writing when an inmate ran up from behind and stabbed me into my back while other's inside of the dorm screamed "purge". At that moment I didn't noticed anything until someone said, go check your back you bleeding. I suddenly went into immediately shock because I didn't know what was going to happen next and my back was bleeding badly. Minutes later I was helped by another inmate inside of A-Dorm of building 4 who patched up my wound. I want your office to understand that I had to heal up my wound without any kind of medical help and unfortunately on the weekends at this facility there is no medical staff here at all. The reason I didn't say anything to the officers who worked that night is because the officers here cannot keep anyone safe from further incidents. Moreover, there is also a fear knowing that if I was to leave out of the dorm I was going to be labeled with a bad name around the jail and I would have problems in every other dorm I would be placed into knowing that this jail cannot keep me safe. Instead the very next day I wrote a request form to the Warden

at this jail explaining my situation and the incident but never recieved a response back still to this date.

I want this to be reflected inside of record that every week since I came to this facility, there is an event/moment called purge going on. Meaning that someone inside of the dorm is going to be picked or selected to be purged on. In these events I have seen inmates beaten, stabbed, crowded, picked on and sent out of the dorm hurt. When these events happen inmates cover there faces so that they cannot be identified by the cameras or staff. I have told many officers about the problems I been having at this facility and my 8th Amendment has constantly been violated because the prison staff has Knowingly and recklessly disregarded the prevalence of weapons and violence at Madison Correctional Center and failed to take corrective measures within there means to prevent inmates from getting hurt. The 8th Amendment also protects prisoners against cruel and unusual punishment during confinement and there needs to be an extreme investigation on how inmates are getting hurt do to violence.

I now have a permanently scare on my back due to the stab wound and if I'm needed to be evaluated I'm willing to show it because enough is enough and something has to change. I am asking to be transferred to another facility closer to where I am from and to a jail that is safer than Madison Correctional Center. I want to further state that this jail has not responded to any of my request form and my family calls daily only to be gave the run around by the staff that answers the phone here saying that the Warden is never here. I want your office to Know that my life is in "Danger" while in the

(2)

custody of Madison Correctional Center and I'm only asking for your help in getting me transferred to another jail and to help the inmates that have been effected by violence.

## Claim 7

I am bringing the following complaint to your office attention because of the non-stop acts of violence at Madison Correctional Center and there failure to keep prisoners safe. In the last two months of July and August of 2022 this jail has been on the news twice for violence. The first incident in which an inmate was soaked with scalding water, beaten and stabbed, causing the inmate to have a punctured lung. The second was the very next week when another inmate got stabbed badly. I'm bringing this to your attention because my 8th Amendment and other inmates at Madison Correctional Center have been violated over the last 8 months and years by the above staff. This correctional center has almost a total of 1000 inmates and every year at this jail there is over 1,000 acts of violence that are not being reported to the Lasiana Department of Corrections. And there should be evidence that indicate that the reported violence might only be the "tip of the iceberg" and this has been going on for years.

There has been hundreds of incidents where the 8th Amendment that protects inmates against cruel and unusual punishment during confinement has been violated in the worst degree. These are the following incidents that I would like you to be aware of:

(3)

- There has been incidents where the 8th Amendment that has been violated when officers at Madison Correctional Center placed inmates inside/among prisoners inside of a dorm after being told that he would get stabbed and when inmate was placed inside anyway he got stabbed despite telling the officials what would happen and officers ignored entreaties for protection. Further, when these types of incidents occur at Madison, inmates are kicked, pushed and forced by duputies to go into the dorm Knowing that the inmate would be hurt and they take it as a joke telling inmates that they are scary and can't live in certain dorms.

- The 8th Amendment has been violated when Madison officials with Knowledge, placed inmate in the same dorm with inmate having Known animosity toward prisoner and had a past incident at this facility and stabbing incident resulted. Further, inmates are really getting hurt inside of dorms at Madison only to be back around the same inmates that caused the physical harm and sometimes placed back into the same dorm the incident happened in, which is very harmful. Prison officials also have a duty to protect inmates from violent treatment by other guards and inmates and to restore control in disorderly situations. Unfortunately, the staff at Madison undermines the strong likelihood that violence would occur and the outcome is that inmates are continuing to get hurt on a daily basis and the violence has to stop.

- The 8th Amendment was violated when guards at Madison watched stabbing of inmate on cameras by other inmates and failed to intervene. In every dorm there is 5-6 cameras that suppose to record 24 hours all day and should be watched by someone in personnell at all times for the safety of inmates. The question we all must ask ourselves is how these stabbing Keep occurring and not

(4)

being prevented. Most importantly, "where are all these knives coming from because since covid there hasn't been any contact visitation. Inmates are being beaten, stabbed, soaked with scalding water, jumped and placed in unsafe environments inside of dorms at Madison. Due to all these events happening and how they are happening constantly, should someone be watching the camera's to prevent further harm to inmates. This brings me to let your office know that this jail must be under-staffed because we don't get to go outside and we are in the dorm 24 hours of the day. In the incidents where inmates are being stabbed, someone should be watching the camera's because there are stabbing incidents every week at Madison and no one in staff is coming inside of the dorm to stop it.

I want your office to know that all of the above violations of the 8th Amendment and incidents are results from Madison Correctional Center officials failure to protect inmates from fellow inmates which constitute cruel and unusual punishment. Please note and understand that there are inmates who are not even getting re-booked for harming other inmates and I believe that this is happening to cover up incidents that should be reported to the Department of Corrections. There needs to be an investigation and inmates need to be interviewed by someone who can figure out what's the problem at hand and why inmates are getting stabbed and the knives are constantly being found inside of dorms. The question again, where are these weapons coming from and why they can't be found by this prison?

<u>Claim 8</u>

This is an add on from my first complaint which was filed on 6-22-2022 and the officials at Madison Correctional Center, the Louisiana Department of Corrections and your office have been informed of the "Danger" I am currently in, that can be preventable. I come to inform your office in this claim that I was stabbed inside of A-Dorm of building 4 at Madison Correctional Center. This incident wasn't responded to and from the incident that I was in where my cusin Gregory Harriet was stabbed and burn with soaked scalding water in the face. (As stated in claim 1 of my first complaint). As stated in claim 1, I was sent to A-Dorm of building 3 on the same night of the above incident because I refused to go back into the dorm where Gregory Harriet got burned and stabbed. I did that because I wanted to stay out of trouble and to be safe. Now after months of being in building 3 where the incidents happened, the officials at Madison has moved me back to building 4 where both incidents occurred.

I honestly feel like this is very un-safe for me because I am back around the same people and I don't need to be put in a situation whereas I have to protect myself from getting hurt or in trouble. As I have stated before, I feel like my "Life is in Danger while in the custody of Madison Correctional Center because the violence here continues to get worser and from everything I have been through since I come here. The officials at Madison Correctional Center cannot and continues to fail to protect prisoners. from any volence. Even after this facility conducts a shake-down, there are

still knives inside of the dorm and this prison cannot stop them from entering the jail. I have explained to the Louisiana Department of Corrections in an ARP and to the Department of Justice why I really need there help in getting transferred to another facility closer to my home-town and safer. I really need someone to call on my behalf and explain to them the problems at hand and how to resolve it safely. I really need your help in this matter and I'm trying my best to get someone's attention to help me get transferred so I can get back home to my family safely. Moving me back around the same situation is a substantial risk of harm to me because the risk is obvious.

## Conclusion

I would like your office to conduct an internal investigation on the officials at Madison Correctional Center concerning the violence that is happening daily and yearly. I'm also asking for there to be an investigation on how no one is responding to me when my safety is at hand. I have exhaused every remedy that I possibly can and Madison will not even respond to an inmate request form. All of the matters I have asserted should be on camera and should be my truth and the facillities. I am currently back in building 4 at Madison Correctional Center where it is very unface and there are knives inside of every dorm here that the staff cannot find. As I have stated in the beginning of this complaint, "My Life Is In "Danger" while in the custody of Madison Correctional Center. This prison is very un-safe and dangerous

and I don't need any trouble. There is a pattern of violence that has been undermine for years and I need someone to help me stop it. Please review everything I have said in both complaint and help not only me but other inmates at this prison. Please help me get transferred to another prison that is safer and closer to my region. I hope you understand my situation and the serious matter at hand.

## Relief Desired

• To be transfered To Another Prison in the Southern Region of Louisiana where I am From That is Safer.
• For No Retaliation To Come Against Me While In The Continued Custody of Madison Correctional Center.
• For An Internal Investigation To Be Conducted Concerning the Violence At Madison Correctional Center.
• To Be Taken Seriously When I Say "My Life Is In Danger" While In the Continued Custody of Madison Correctional Center.
• For the incidents to be investigated and for me to be removed from this prison for my physical safety.
• For the Violence to stop at Madison Correctional Center and For there administration to respond to inmate's immediately when the safety is involved.

Your office may contact my family if needed at the information below:

Contact Information:
• Renada Dearmas (504) 338-7607 most convient time to call is 9am to 4 pm (immediate contact)
• Ciearre Mitchell (504) 662-8299 can be reached in the morning and afternoon.
≡ Your office will not be able to reach me directly because I am incarcerated so you may wish to contact the people above to provide the information about my complaint.

My Information:
Jabarre Mitchell Doc#497328
Madison Correctional Center
158 Treatment Plant Road
Tallulah, LA 71282
Jail phone #: (318) 574-0584
Dob: 12-10-1985

Complaint Against:
Madison Correctional Center
158 Treatment Plant Road
Tallulah, LA 71282
(318) 574-0584 Warden Chris Stinson
≨

Madison Parish Sheriff Office
Sheriff Sammie L. Byrd
100 North Cedar St.
Tallulah, LA 71282
(318) 574-1831

Form B-05-005-ARP-1
10 July 2013

## ADMINISTRATIVE REMEDY PROCEDURE

### THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

Jabarre Mitchell          497328
Offender's Name          DOC #

Current Events through the last 6 mont
Date of Incident/Complaint
6-22-2022

Madison Correctional Center
Place and Time of Incident/Complaint

Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW)

With this ARP I have attached all claims asserted and I have
filed a complaint with the Department of Justice concerning the
matter's I have asserted against Madison Correctional Center. I am asking
for the Department of Corrections to help me get transferred and to
resolve this important matter at hand. Please Review and investigate
everything that is attached to this ARP. See "Attachments"

"Do To The Violence And Lack of Help My Life Is In "Danger" While IN
The Custody of Madison Correctional Center. Please Respond.

Jabarre Mitchell          497328          6-22-2022
Offender's Signature          DOC #          Date

TO: _____
_____ Offender's Name and DOC #

(  )  ACCEPTED:          Please respond to the offender within 40 days/Five days for PREA.

(  )  REJECTED:          Your request has been rejected for the following reason:

_____

_____

_____

_____ Date                    _____ ARP Screening Officer

## Madison Correctional Center
## Offender Grievance

You must send this to the Warden within 30 days of the incident of which you are complaining. Send to the Warden the following proper rules and procedures. Ask for a copy and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you with 15 days. However, he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days, you may file a Request for a Warden's Review within the following 5 days.

OFFENDER'S NAME: Labarre Mitchell                      DOC #: 497328

HOUSING ASSIGNMENT: 4-A                       DATE OF INCIDENT: 1-24-2022

NAME AND LOCATION OF WITNESSES: Myself, Gregory Harriet and this incident happened in building 4 of A Dorm at night around 8-9 oclock on camera

NAME OF STAFF INVOLVED: _____

SUMMARY OF COMPLAINT: I was involved in an incident where all of my property was taken and the staff here didn't even try to go get it. On Jan 7, 2022 I was placed into another dorm due to the fact that my cuzin was stabbed and burned with extreme hot water and about two months prior to that I was stabbed into the back inside of A Dorm. I have explain to the staff here that it is very unsafe and that there needs to be something done and that I need to be transfered for my safety. Please respond and investigate the above incidents where prisoner have gotten hurt. Please Respond _____ see Attachment

## FOR WARDEN'S USE

Grievance # _____ Date Reviewed: _____ Type of Grievance: _____

Rejected: (return & obtain receipt)

_____ Outside the scope of this procedure because:

_____ Does not personally affect this inmate

_____ Disciplinary Review Board Decision

_____ Refusal of Mail

_____ Court Decision / Pardon-Parole Board

_____ Filed more than 30 days after the incident

_____ Duplicate grievance by same offender

_____ Other: (specify) _____

Rejected :( return & obtain receipt)

_____ Multiple complaints; file separate grievance

_____ Vague complaint; state more facts/ clarify

_____ Summarize complaint

_____ Other: (Specify) _____

_____ Accepted & referred to _____

Policy & Procedure Challenge: __yes ____ no

## OFFENDER RECEIPT OF RESPONSE TO GRIEVANCE

Revised Grievance must be refiled within 30 days of the event which is the basis of the Grievance. If you wish to appeal to the Warden, you must do so within 5 days of receiving the Response to the Grievance.

_____
DATE

_____
OFFENDER SIGNATURE & DOC #



# Civil Rights Complaint Form

The United States Attorney's Office (USAO), in coordination with the Civil Rights Division of the United States Department of Justice, is charged with enforcing the federal civil rights laws throughout the District of Washington. We therefore welcome information from the public that brings to our attention possible violations of our Nation's civil rights laws. The USAO is primarily a litigating office and not an investigative office. The information you provide on this complaint form may be forwarded to the appropriate law enforcement and/or administrative agency at the discretion of this office.

| Person filing complaint: | Person/Entity you are filing complaint about: |
|---|---|
| *Jabarre Mitchell*<br>Name | *Madison Correctional Center / Sherriff office*<br>Name of Person or Entity |
| *158 Treatment Plant Road*<br>Address | *158 Treatment Plant Road*<br>Address |
| *Madison Correctional Center*<br>Address (Line 2) | Address (Line 2) |
| *Tallulah, LA*      *71282*<br>City, State         Zip | *Tallulah, LA*      *71282*<br>City, State         Zip |
| *USA*     *(318)574-4652*<br>County        Phone<br>*(318)574-0584* | *USA*     *(318)574-0584*<br>County        Phone |
| email: | email: |

## Nature of Alleged Civil Rights Violation (please check specific area(s) that apply to your complaint):

- [ ] Abortion Clinic Access
- [ ] Credit/Lending Opportunities
- [ ] Disability Rights or Access
- [x] Educational Opportunities
- [ ] Employment Discrimination**
- [ ] Hate Crime
- [ ] Housing Discrimination
- [ ] Human Trafficking
- [ ] Law Enforcement Misconduct
- [ ] Military/Veteran Status
- [x] Prisoner or Institutionalized Person Rights
- [x] Race/National Origin
- [ ] Religious Liberties
- [ ] Voting Rights
- [ ] Other: _____

**Note: "Employment Discrimination" includes Immigration Related Unfair Employment Practices

**Please clearly describe the violation of the civil rights laws that you would like to bring to our attention. Include as much information as possible, including the date, place, nature of incident, and contact information for any witnesses (please include copies of supporting documentation, but do not send original documents):**

I, Jabarre Mitchell, Doc #497328 has more than 5 claims asserted and I have attached them to this complaint form. Attachment are written materials pretaining to my case and request forms and geographical transfer request. Including all of my claims and complaints.      See "Attachment 1"

&lt;Attach additional page(s) if necessary&gt;

describe the policy, pattern, or practice in detail and identify others who you believe were subjected to the same or similar treatment:

*I have several claims and complaints of discrimination and where there has been violations of civil rights by Madison Correctional Center.*

*See "Attachment"*

**Are you represented by an attorney in this matter?** [ ] Yes [✓] No If yes, please provide name of attorney, address and phone number.

Name _____ Phone _____

Address _____

**Have you filed a lawsuit concerning this matter?** [ ] Yes [✓] No If yes, please provide the case name, court in which the case was brought, and the status of the case.

_____

_____

_____

**Have you filed a complaint about this matter with any other federal, state, or government agency?** [ ] Yes [✓] No If yes, please list the agency, contact person, phone, and status of the complaint.

_____

_____

Although the volume of information we receive from concerned members of the public prevents us from responding to every complaint we receive, be assured that we will carefully consider the information you have provided us to determine whether a violation of the federal civil rights laws may have occurred and, if so, whether the United States Department of Justice through the United States Attorney's Office or another agency has enforcement authority with respect to such a violation. This Office has the discretion to determine if your complaint raises a potential violation of federal civil rights laws that would be within the jurisdiction of this Office to investigate, or should be referred to another agency for investigation.

**\*\*\*SUBMITTING A COMPLAINT TO THIS OFFICE HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS THAT MIGHT APPLY TO ANY CLAIM YOU MAY HAVE. BY SUBMITTING THIS COMPLAINT YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF. IF YOU *BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED* AND YOU INTEND TO SUE FOR MONEY OR OTHER RELIEF, YOU SHOULD CONTACT A PRIVATE ATTORNEY.**

Signature: *Johnnie Mitchell*    Date: 6-22-2022

Mail or Fax your completed complaint form along with any supporting documentation to the following:

**Civil Rights Coordinator, Civil Division**
**United States Attorney's Office, District of Western Washington**
**700 Stewart Street, Suite 5220**
**Seattle, WA 98101**
**(206) 553-4073 (fax)**

Federal Coordination and Compliance Section
950 Pennsylvania Ave, NW
Washington, DC 20530

# COMPLAINT FORM

The purpose of this form is to assist you in filing a complaint with the Federal Coordination and Compliance Section (FCS). You are not required to use this form; a letter with the same information is sufficient. However, the information requested in the items marked with a star (*) must be provided if you submit something other than this form.

1.* Your name and address.
Name: Jaborre Mitchell
Address: 158 Treatment Plant Road
Tallulah, LA 71282                                      Zip 71282
Telephone: Home: (318) 574-0584          Work or Cell: (____)_____

2.* Person(s) discriminated against, if different from above:
Name: Madison Correctional Center and Madison Parish Sheriff Office
Address: 158 Treatment Plant Road.
                                                        Zip 71282
Telephone: Home: (318) 574-0584          Work or Cell: (____)_____
Please explain your relationship to this person(s).
I'm housed at this facility

3.* Agency and department or program that discriminated:
Name: Madison Correctional Center
Address: Above
                                                        Zip _____
Telephone: Home: (____)_____    Work or Cell: (____)_____

4A.* Non-employment: Does your complaint concern discrimination in the delivery of services or in other discriminatory actions of the department or agency in its treatment of you or others? If so, please indicate below the base(s) on which you believe these discriminatory actions were taken.
_____ Race/Ethnicity: _____
  ✓  National origin: _____
_____ Sex: _____
_____ Religion: _____
_____ Age: _____
_____ Disability: _____

OMB No.1190-0008
Expires: 03/21/2023

discriminatory actions were taken.

|     | Race/Ethnicity: _____ |
|-----|---|
| ___ | National origin: _____ |
| ___ | Sex: _____ |
| ___ | Religion: _____ |
| ___ | Age: _____ |
| ___ | Disability: _____ |

5. What is the most convenient time and place for us to contact you about this complaint?

*You can contact my family at any time concerning this complaint*

6. If we will not be able to reach you directly, you may wish to give us the name and phone number of a person who can tell us how to reach you and/or provide information about your complaint:

Name: *Renada Dearmas (immediate)    or Ciearre Mitchell (504)662-8299*
Telephone: Home: *(504) 338 - 7607*____ Work or Cell: (_____) _____

7. If you have an attorney representing you concerning the matters raised in this complaint, please provide the following:
Name: *n/a*
Address: _____
_____ Zip _____
Telephone: Home: (_____) _____ Work or Cell: (_____) _____

8.* To your best recollection, on what date(s) did the alleged discrimination take place?

Earliest date of discrimination: *Sept 2021 - 2021*
Most recent date of discrimination: *June 20, 2022*

9. Complaints of discrimination generally must be filed within 180 days of the alleged discrimination. If the most recent date of discrimination, listed above, is more than 180 days ago, you may request a waiver of the filing requirement. If you wish to request a waiver, please explain why you waited until now to file your complaint and FCS will evaluate the explanation and decide if a waiver is appropriate.

*I had to wait and exhause all remedy possible and the current events have been non-stop. I had to wait for this form to be sent to me and I'm incarcerated. Further, this facility hasn't responded back to any request that I have written. See Attachments.*

OMB No.1190-0008
Expires: 03/21/2023

necessary and attach a copy of written materials pertaining to your case.)

I have attached all 5 complaint/claims to this form

"Please See Attachment"

11. Title VI of the Civil Rights Acts of 1964, 42 U.S.C. §§ 2000d – 2000d7 and the nondiscrimination section of the Omnibus Crime Control and Safe Streets Act of 1968, 28 U.S.C. § 3789d(c), prohibit recipients of Department of Justice funds from intimidating or retaliating against anyone because he or she has either taken action or participated in an action to secure rights protected by these laws. If you believe that you have been retaliated against (separate from the discrimination alleged in #10), please explain, as clearly and neatly as possible, the circumstances below. Be sure to explain what actions you took which you believe were the basis for the alleged retaliation.

OMB No. 190-0008
Expires: 03/21/2023

| Name | Address | Area Code/Telephone |
|------|---------|---------------------|
| Antonio E Robinson  Doc # 521222 | Housed at Madison Correctional Center | |
| Gregory Harriet | | (504) 315-9419 |

13. Do you have any other information that you think is relevant to our investigation of your allegations?

"See Attachment"

14. What remedy are you seeking for the alleged discrimination?

"See Relief In Attachment Page 13"

15. Have you (or the person discriminated against) filed the same or any other complaints with other offices of the Department of Justice (including the Office of Justice Programs, Federal Bureau of Investigation, etc.) or other Federal agencies?

Yes_____ No ✓

If so, do you remember the Complaint Number?

_____

What agency and department or program was it filed with?

Address: _____
_____ Zip_____
Telephone No: (____)_____
Date of Filing:_____Filed Against:_____

OMB No.1190-0008
Expires: 03/21/2023

_____
_____

What was the result?

_____
_____
_____

16. Have you filed a charge or complaint concerning the matters raised in this complaint with any of the following? No

_____U.S. Equal Employment Opportunity Commission
_____Federal or State Court
_____Your State or local Human Relations/Rights Commission
_____Grievance or complaint office
_____Other _____

17. If you have already filed a charge or complaint with an agency indicated in #16, above, please provide the following information (attach additional pages if necessary):

Agency:_____
Date filed: _____
Case or Docket Number: _____
Date of Trial/Hearing: _____
Location of Agency/Court: _____
Name of Investigator: _____
Status of Case: _____
Comments: _____
_____
_____
_____

18. While it is not necessary for you to know about aid that the agency or institution you are filing against receives from the Federal government, if you know of any Department of Justice funds or assistance received by the program or department in which the alleged discrimination occurred, please provide that information below.
None
_____
_____
_____

OMB No.1190-0008
Expires: 03/21/2023

_____

_____

_____

What was the result?

_____

_____

_____

16. Have you filed a charge or complaint concerning the matters raised in this complaint with any of the following?  No

_____U.S. Equal Employment Opportunity Commission
_____Federal or State Court
_____Your State or local Human Relations/Rights Commission
_____Grievance or complaint office
_____Other _____

17. If you have already filed a charge or complaint with an agency indicated in #16, above, please provide the following information (attach additional pages if necessary):

Agency:_____
Date filed: _____
Case or Docket Number: _____
Date of Trial/Hearing: _____
Location of Agency/Court: _____
Name of Investigator: _____
Status of Case: _____
Comments: _____

_____

_____

_____

18. While it is not necessary for you to know about aid that the agency or institution you are filing against receives from the Federal government, if you know of any Department of Justice funds or assistance received by the program or department in which the alleged discrimination occurred, please provide that information below.    None.

_____

_____

_____

OMB No.1190-0008
Expires: 03/21/2023

_Arthur Mitchell_        _6-22-2022_
(Signature)                (Date)

Please feel free to add additional sheets to explain the present situation to us.

We will need your consent to disclose your name, if necessary, in the course of any investigation. Therefore, we will need a signed Consent Form from you. (If you are filing this complaint for a person whom you allege has been discriminated against, we will in most instances need a signed Consent Form from that person.) See the "Notice about Investigatory Uses of Personal Information" for information about the Consent Form. Please mail the completed, signed Discrimination Complaint Form and the signed Consent Form (please make one copy of each for your records) to:

United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section - NWB
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Toll-free Voice and TDD: (888) 848-5306
Voice: (202) 307-2222
TDD: (202) 307-2678

20. How did you learn that you could file this complaint?
_From An Attorney At Law_

21. If your complaint has already been assigned a DOJ complaint number, please list it here:

Note: If a currently valid OMB control number is not displayed on the first page, you are not required to fill out this complaint form unless the Department of Justice has begun an administrative investigation into this complaint.

OMB No.1190-0008
Expires: 03/21/2023

*Federal Coordination and Compliance Section*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

## COMPLAINANT CONSENT/RELEASE FORM

Your Name: _Jabarre Mitchell Doc#497328_

Address: _158 Treatment Plant Road_

_Tallulah, LA 71282_

Complaint number(s): (if known) _N/A_

*Please read the information below, check the appropriate box, and sign this form.*

      I have read the Notice of Investigatory Uses of Personal Information by the Department of Justice (DOJ). As a complainant, I understand that in the course of an investigation it may become necessary for DOJ to reveal my identity to persons at the organization or institution under investigation. I am also aware of the obligations of DOJ to honor requests under the Freedom of Information Act. I understand that it may be necessary for DOJ to disclose information, including personally identifying details, that it has gathered as a part of its investigation of my complaint. In addition, I understand that as a complainant I am protected by DOJ's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by DOJ.

### CONSENT/RELEASE

[✓]    CONSENT - I have read and understand the above information and authorize DOJ to reveal my identity to persons at the organization or institution under investigation. I hereby authorize the Department of Justice (DOJ) to receive material and information about me pertinent to the investigation of my complaint. This release includes, but is not limited to, personal records and medical records. I understand that the material and information will be used for authorized civil rights compliance and enforcement activities. I further understand that I am not required to authorize this release, and do so voluntarily.

[ ]    CONSENT DENIED - I have read and understand the above information and do not want DOJ to reveal my identity to the organization or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint. I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

_Jabarre Mitchell_
SIGNATURE

_6-22-2022_
DATE

OMB No.1190-0008
Expires: 03/21/2023

Custody: Minimum ✓ Medium__ Maximum__                Date: 5-0-22

To: Warden's Office
Madison Parish Correctional Center

## REQUEST FOR GEOGRAPHICAL TRANSFER

Geographical transfers may result in the following:

When initial placement by **ARDC/WRDC** is to an institution not geographically appropriate and when transfer could later be accomplished to a facility with an equivalent security and custody designation that significantly improves maintenance of family ties.

Geographical request in this category should normally be initiated only after inmates have served at least six months in general population without significant disciplinary activity.

Note: Consideration of geographical transfer should only result from accurate and substantiated information and should significantly improve proximity to family or primary visitors.

Otherwise , such transfer is to be minimized.

I, _Jabarre Mitchell_____ DOC# _497328_ request that I be transferred to _Dixie Correctional Center, Hunts Correctional Center, or any facility in the Southern Region of Louisiana_
Reason for Transfer:

I am a resident of ___Marrero_____, Louisiana, _Jefferson_____, Parish. It will be more possible/convenient for my family to travel to visit me. Please therefore consider my transfer request so that I may improve my family ties.

Other Reason(s):

_Due to the continued violence at MCC and to participate in CTRP-programs that are not available at MCC. Also to be closer to family members especially my elderly mother._

Sincerely,

x_Jabarre Mitchell_____
Print Name/DOC#: _Jabarre Mitchell  497328_

Madison Parish Correctional Center

Recommended by: _____
Denied by _____
(If denied) Reason for denial: _____

                    Warden/Designee_____

_Request Forms That Never Be Responded Back_

## OFFENDER REQUEST FORM

Offender's Name: _Jabarre Mitchell_   DOC# or ID # _497328_

(Circle One)

Offender's Housing Assignment: _A-Dorm Building 3_ Date: _3-24-2022_

****** CHECK ONLY ONE BOX PER REQUEST *****

My request is directed to:

✓ **Warden**              ___ **Classification**        ___ **Education**

___ **Deputy Warden**     ___ **Chaplain**              ___ **Law Library**

___ **Major**             ___ **Captain**               ___ **Commissary**

___ **Offender Banking**  ___ **Mail Officer**          ___ **Other**

Nature of request: _I have been writing you weekly concerning being transferred to another facility and about an incident that happen to me while in A-Dorm of Building 4. My family has also been contacting the jail and every time they call no one is picking up. I haven't recieve any response back from you and I'm only asking for your help in this manner._

_Jabarre Mitchell 497328_   Please Respond to This Request   Urgent

Offender's Signature & DOC# or ID #

*****************************************************************************************

Your request is: _____Approved     _____Denied     _____Other

_____

_____

_____

_____

_Request Forms That Never Be Responded Back_

cc

Urgent

# MADISON PARISH CORRECTIONAL CENTERS

## OFFENDER REQUEST FORM

Offender's Name: _Jabarre Mitchell_     DOC# or ID # _497328_
(Circle One)

Offender's Housing Assignment: _A-Dorm Building 4_  Date: _2-12-2022_

***** CHECK ONLY ONE BOX PER REQUEST *****

My request is directed to:

___ Warden          ✓ Classification        ___ Education

___ Deputy Warden   ___ Chaplain            ___ Law Library

___ Major           ___ Captain             ___ Commissary

___ Offender Banking ___ Mail Officer        ___ Other

Nature of request: _I have been writing a request asking for a copy of my master prison record stating when my release date is and my parole eligibility date is, but have gotten a response or a copy of my rap-sheet since I came to this jail. It has been over 7 month and I need someone help with this matter. Please Respond this is Urgent_

_Jabarre Mitchell_

Offender's Signature & DOC# or ID #

*********************************************************************************************

Your request is: _____ Approved      _____ Denied      _____ Other

_____

_____

_____

_____

Request Forms That Never Be Responded Back

Please Forward this complaint to the Correct Clerk of Court.

P.S. I have exhausted every remedy and I haven't recieved a response from Madison Correctional Center, the Louisiana Dept. of Corrections. Please Respond to this complaint or inform me what I need to do.

RECEIVED

SEP 2 9 2022

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

Thank You in Advance

Jaba [redacted]
Madison Correctional Center
158 Treatment Plant Road
Tallulah, LA 71282

SHREVEPORT LA 710
TUE 27 SEP 2022 PM

SCREENED
OK
U.S. MARSHAL

United States District Court
For the Middle District of Louisiana
777 Florida Street,
Suite 139
Baton Rouge, LA 70801-1712